# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Emmitt Humphrey, | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| **v.** | ) | Case No. 04-cv-339-HDC-FHM |
| | ) | Proceeding: Daubert Motion Hrg |
| Ronnie Leatherman, et al, | ) | Date: 9-23-2005 |
| Defendant(s). | ) | Court Time: 10:00 a.m. |

### MINUTE SHEET

H. Dale Cook, Senior U.S. District Judge     B. McCullough, Deputy Clerk     Glen Dorrough, Reporter

Counsel for Plaintiff: Charles Robert Burton,IV, R Thomas Seymour,Scott Alan Graham

Counsel for Defendant: Larry Simmons, Michael Romig

Minutes: Defendant's mot/exclude report & testimony of Michael D Lyman (#39); Pltf witness Lyman testifys.  Deft mot/granted. Plaintiff's mot/limine seeking to exclude opinions of Dr William Joseph Lewinski (#40), deft counsel to present to Court the opinions they intend to use and mot/under adv.  Plaintiff's mot/limine seeking to exclude criminal history & character of Shane Humphrey (#42) will be handled during trial.Court goes over PTO w/parties. Parties to work on agreeing to proposed instructions to submit to Court. Due to conflict of Pltf counsel, parties agree to pass jury trial to 11/14/05, 9:30 a.m. from present setting on 10/3/05.ETT:3-4 days

Court Time 1 hr

10:10 -11:10